Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| SRIKANTH SREEDHAR | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| GOOGLE LLC,TATA CONSULTANCY | ) | |
| SERVICES,PARSONS CORPORATION, | ) | |
| KPMG LLP, | ) | |
| RAVI DUVVURI, USICS, DSS, DOL W&H, DOL EBSA | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SRIKANTH SREEDHAR |
| Street Address | 1-15-49/355 DR A S RAO NAGAR, TS 500062, INDIA (current) |
| City and County | 244 KENNEDY DR #308, MALDEN MA 02148, USA (residence) |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | Srikanth247365@gmail.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 5**
Denis Riordan
District Director
USCIS
JFK Federal Bldg
Government
Center
Room E-160
Boston, MA 02203

**Defendant No. 6**
Carol Hamilton
Boston Regional
Office
US DOL EBSA
Boston
JS New Sudbury St
Suite 575
Boston, MA 02203
617-565-9600
FAX 617-565-9666
Email
Richardson.Patrick
.a@dol.gov

**Defendant No. 7**
Assistant
Secretary
Bureau of
Diplomatic
Security
Field Office
Thomas P. O'Neill
Federal Bldg
10 Causeway St
Suite 1001
Boston, MA 02222
Phone
617-565-8220
FAX 617-565-8222

**Defendant No. 8**
Lucy Ferrera
Assistant District
Director
Wage and Hour
Division
Boston District
Office
JFK Federal
Building
Room 525
Boston, MA 02203
Phone
857-264-4720
Email
Ferrera.Lucy@dol.g
.ov

**Defendant No. 1**

Name                          GOOGLE  LLC

Job or Title *(if known)*     attn: Joe Grier   [CEO Sundar Pichai]

Street Address                1600 Amphitheatre Parkway

City and County               Mountain View, CA 94043

State and Zip Code

Telephone Number

E-mail Address *(if known)*   support-in@google.com

**Defendant No. 2**

Name                          PARSONS  CORPORATION

Job or Title *(if known)*     CEO, Charles Harrington

Street Address                5875 Trinity Pkwy #300, Centreville, Virginia

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name                          KPMG LLP

Job or Title *(if known)*     Belinda Mendoza, CA Senior Manager, Global Mobility Services

Street Address                KPMG LLP Bay Adelaide Centre 333 Bay Street, Suite #4600

City and County               Toronto, Ontario, Canada M5H 2S5

State and Zip Code

Telephone Number              T 416 777 8221 F 416 777 8196

E-mail Address *(if known)*   bsnemendoza@kpmg.ca

**Defendant No. 4**

Name                          RAVI DUVVURI

Job or Title *(if known)*     Roommate whose current address is not known

Street Address                655 S FAIR OAKS AVE, #D203

City and County               SUNNYVALE CA, USA

State and Zip Code

Telephone Number              Landlord has lease documents that have the email

E-mail Address *(if known)*   id and phone number of Duvvuri

Defendant No. 9
Rajesh Gopinathan, CEO, TCS, Address: 11 East Loop Road, 3rd Floor New York, NY 10044
(Corporate Office, TCS House, Raveline Street, Fort, Mumbai - 400001. Maharashtra - India )
Email: corporate.office@tcs.com

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                   ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC 1542, a  " violation of the Federal Wiretap Act, 18 U.S.C. § 2510, et seq.; the California Invasion of Privacy Act, Cal. Penal Code §§ 631 and 632; the California Computer Data Access and Fraud Act, Cal. Penal Code § 502, eq seq.; Invasion of Privacy; Intrusion Upon Seclusion; Breach of Contract; and California Business & Professions Code § 22576. "  SAC ¶¶ 279, 281. diminution-career https://www.courthousenews.com/wp-content/uploads/2021/12/brown-google-incognito-mtd-order.pdf

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*  SRIKANTH SREEDHAR                          , is a citizen of the

State of *(name)*   INDIA, RESIDENT OF MASSACHUSETTS   .

b.     If the plaintiff is a corporation

The plaintiff, *(name)*                                                , is incorporated

under the laws of the State of *(name)*

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)*  RAVI DUVVURI                         , is a citizen of

the State of *(name)*  CALIFORNIA                         . Or is a citizen of

*(foreign nation)*  INDIA                         .

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* PARSONS , is incorporated under the laws of the State of *(name)* VIRGINIA , and has its principal place of business in the State of *(name)* VIRGINIA .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:
Parsons owes $1820000 (APPROXIMATELY) as it includes ESOP Shares both before and after a 3-way-split.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
I lent money to Duvvuri as he was a student. He promised to return on getting job but didn't. He was roommate. Google violated my privacy in incognito mode besides informing the Delhi High Court that there are no Indian Internet Privacy laws. Absence of law does not mean that there are no US Laws on Privacy applicable to a US Resident like me. Google displays a link to my marks secured in an undergrad course. That Portal showing that link is blocked in the European Union region. Google failed to make complete disclosure to Delhi High Court. Parsons, KPMG caused filing of incorrect tax returns in Canada.
Parsons owes me approximately $1,820,000 for ESOP Benefits and Compensation until my return to my home happens.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Ensuring my return to my home in Malden, MA. Getting ESOP/Compensation as promised by the Employer Protection of privacy on the Internet. (approx. $1,820,000)
Recovery of due amount from Duvvuri
Directing Google to make complete disclosure to the Delhi High Court as it involves probe into the death of a student at NITK. I am facing a prospect of a 3-months-jail in India for making defamatory complaints but I stand by my complaint of Institutional Murder, Corruption, Stalking, Attempted Murder, Privacy Violations.

I request the court to take cognizance of the conduct of the Northeast Housing Court staff, who refused to ensure entering of my case as a Criminal Case though the limitations of the eFileMA prevent me from filing criminal case. After all, 18 USC 1542 is for Criminal Cases. Had the Housing Court Staff followed General Laws  Part II  Title I Chapter 185C Section 20 & Rule 3.2 of Judicial Conduct Guidelines, perhaps I would have got justice sooner. I don't have financial means to appraoch US Court and requested employer several times by email to act. Even ESOP Account Manager, Findley, said that I use HOSTILE LANGUAGE. This compelled me to go to court as I have no other option. Had Northeast Housing Court staff cooperated by following rules, then the matter would have entered AUTOMATICALLY in the Appeals Court in Massachusetts for Criminal Cases as Housing Court Cases go to Appeals  Court and not to Superior Court.

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            01/25/2022

Signature of Plaintiff                              *J. Srikanth   J. Srikanth*

Printed Name of Plaintiff       SRIKANTH SREEDHAR            02-02-2022

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

```
2. The Additional page for Defendant(s)
c. If the defendant is a corporation
The defendant, (name) GOOGLE, is incorporated under
the laws of the State of (name) CALIFORNIA, and has its
principal place of business in the State of (name) CALIFORNIA.
Or is incorporated under the laws of (foreign nation) ,
and has its principal place of business in (name) .
```

Address: Google HQ. 1600 Amphitheatre Parkway Mountain View, CA 94043, USA

S. Jrivanth

S. Jrivanth

02-02-2022

2. The Additional page for Defendant(s)
d. If the defendant is a corporation
The defendant, (name) KPMG, is incorporated under
the laws of the State of (name) , and has its
principal place of business in the State of (name).
Or is incorporated under the laws of (foreign nation) CANADA,
and has its principal place of business in (name) TORONTO, ONTARIO.

Address: KPMG LLP Bay Adelaide Centre 333 Bay Street, Suite 4600 Toronto, Ontario, Canada M5H 2S5
T 416 777 8221 F 416 777 8196

S. Srinianth

S. Srimanth

02-02-2022

2. The Additional page for Defendant(s)
e. If the defendant is a corporation
The defendant, (name) USCIS, is incorporated under
the laws of the State of (name) MASSACHUSETTS, and has its
principal place of business in the State of (name) MASSACHUSETTS.
Or is incorporated under the laws of (foreign nation) ,
and has its principal place of business in (name) .


Address:
DISTRICT 1: BOSTON
District Director: Denis Riordan
John F. Kennedy Federal Building
Government Center, Room E-160
Boston, MA 02203

S. Srinath

S. Srinath

02-02-2022

```
2. The Additional page for Defendant(s)
f. If the defendant is a corporation
The defendant, (name) US DOL W&H DIVISION, is incorporated under
the laws of the State of (name) MASSACHUSETTS, and has its
principal place of business in the State of (name) MASSACHUSETTS.
Or is incorporated under the laws of (foreign nation) ,
and has its principal place of business in (name) .
```

Address:
Lucy Ferrara
Assistant District Director
Wage and Hour Division
Boston District Office
JFK Federal Building, Room 525
Boston, MA 02203
Phone: (857) 264 4720
Email: Ferrara.Lucy@dol.gov

*S. Sriwanth*

*S. Sriwanth*

02-02-2022

2. The Additional page for Defendant(s)
g. If the defendant is a corporation
The defendant, (name) US DOL EBSA, is incorporated under
the laws of the State of (name) MASSACHUSETTS, and has its
principal place of business in the State of (name) MASSACHUSETTS.
Or is incorporated under the laws of (foreign nation) ,
and has its principal place of business in (name) .

Address:
Carol Hamilton
15 New Sudbury St
Suite 575
Boston, MA 02203
617-565-9600
Fax: 617-565-9666
Email: richardson.patricia@dol.gov

h. If the defendant is a corporation

The defendant, (name)_____Tata Consultancy Services_____, is incorporated under
the laws of the State of ___, and has its
principal place of business in the State of ____.
Or is incorporated under the laws of __India_,
and has its principal place of business in _Mumbai, India_.