UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SRIKANTH SREEDHAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOOGLE LLC, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 22-10322-RGS |

### ORDER OF DISMISSAL

**STEARNS, D.J.**

For the reasons stated in the Order dated July 7, 2022, this action is dismissed.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 07/07/2022                By /s/ Timothy Maynard
                                                     Deputy Clerk